United States Bankruptcy Court

Western District of Washington

Woodman,

    Plaintiff

US Department of Education,

    Defendant

Adv. Proc. No. 24-01048-CMA

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0981-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 31, 2024 | Form ID: summons | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/PDF: dustin.woodman@gmail.com | | |
| | | Jul 31 2024 23:18:00 | Dustin James Woodman, 142 Towne Rd, Sequim, WA 98382-6841 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2024      Signature:      /s/Gustava Winters

# UNITED STATES BANKRUPTCY COURT

### Western District of Washington

Case No. 24–11890–CMA

In Re:

Dustin James Woodman,

Debtor(s).

**Adv. Proc. No.**
**24–01048–CMA**

(ALL DOCUMENTS REGARDING THIS MATTER **MUST** BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS)

Dustin James Woodman,

Plaintiff(s),

v.

US Department of Education,

Defendant(s).

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. A copy of the complaint is attached to this summons.

Address of Clerk:

U.S. Bankruptcy Court
700 Stewart St, Room 6301
Seattle, WA 98101

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney (or Plaintiff if not represented by an attorney).

Name and Address of Plaintiff's Attorney (or Plaintiff not represented by an attorney):

Dustin James Woodman
142 Towne Rd.
Sequim, WA 98387

If you file a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A FINAL JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



Gina Zadra Walton
Clerk, U.S. Bankruptcy Court

**Date of Issuance: July 31, 2024**

*Summons must be served within 7 days of date of issuance, Fed. R. Bankr. P. 7004(e). Plaintiff shall file a certificate of service within 14 days after service has been effected. Local Rule W.D. Wash. Bankr. 7004–1.*

### Additional Information

Mediation: Local Bankruptcy Rule 9040–3 requires all parties to an adversary proceedings to file a Mediation Certification certifying that they have considered mediation to resolve their dispute. The form of Mediation Certification accompanies this summons and is to be served by the plaintiff on all defendants. See the court's website, www.wawb.uscourts.gov, Thomas T. Glover Mediation Program, for additional forms and information on the court's mediation program.

### NOTICE OF PRETRIAL CONFERENCE (Judge Alston)

**YOU ARE NOTIFIED** that, pursuant to Fed. R. Civ. P. 16(a) and Fed. R. Bankr. P. 7016(a), a pretrial conference of the proceeding commenced by the filing of the complaint in the above–captioned matter will be held at the following date and time:

**Date and Time: September 26, 2024 09:00 AM**
**Location: U.S. Courthouse, Room 7206, 700 Stewart Street, Seattle, WA 98101**

**Instructions:**
Dial: 1.888.363.4749
Enter Access Code: 8955076#
Press the # sign
Enter Security Code when prompted: 3564#
Speak your name when prompted

**Please follow these guidelines when participating in a teleconference:**
Use a land line phone and not a cell phone if possible.
Make the call from a quiet area where background noise is minimal.
Wait until the judge calls your case before speaking.
Do not put the phone on hold at any time after the call is connected.
In the event you are unable to connect to the conference call after following the above procedures, please contact the judge's chambers at (206) 370–5330.

Scope of Pretrial Conference: At the pretrial conference, the parties should be prepared to discuss (1) the timing of trial, (2) discovery deadlines, and (3) the authority of the bankruptcy court to enter a final adjudication on all matters encompassed in the lawsuit.

Initial Disclosures: All parties shall make the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) and Federal Rule of Bankruptcy Procedure 7026 no later than five (5) days prior to the pretrial conference.

Consent to Entry of Final Adjudication: Each party shall comply with the requirements of Federal Rules of Bankruptcy Procedure 7008 and 7012(b). Each party shall also comply with Local Bankruptcy Rule 7012–1 by filing a Notice Regarding Final Adjudication and Consent containing all of the information required by Local Bankruptcy Rule 7012–1(a) with its initial pleading. As set forth in Local Bankruptcy Rule 7012–1(c), failure of a party to file a Notice Regarding Final Adjudication and Consent by the deadline shall constitute that party's consent to entry of final orders or judgments by the bankruptcy judge.

**UNITED STATES BANKRUPTCY COURT**

Western District of Washington

In Re:

Dustin James Woodman,

               Debtor(s).

_____

Case Number: 24−11890−CMA

**Adversary Case Number: 24−01048−CMA**

Dustin James Woodman,

               Plaintiff(s),

v.

US Department of Education,

               Defendant(s).

---

**MEDIATION CERTIFICATION**

Pursuant to Local Bankruptcy Rule 9040−3, each of the undersigned certifies that he or she has read the Honorable Thomas T. Glover Mediation Program Instructions for Parties, discussed the available dispute resolution options provided by the Court, reviewed dispute resolution options offered by private entities, and considered whether this matter might benefit any of them.

Dated: _____

_____
Signature of Plaintiff/Cross Plaintiff
Printed Name: _____

Dated: _____

_____
Signature of Counsel for Plaintiff/Cross Plaintiff
Printed Name: _____

Dated: _____

_____
Signature of Defendant/Cross Defendant
Printed Name: _____

Dated: _____

_____
Signature of Counsel for Defendant/Cross Defendant
Printed Name: _____

*NOTE: This Certification shall be served by the plaintiff on all defendants and must be signed by each party and its counsel. If there is more than one plaintiff, the plaintiff listed first in the caption of the adversary proceeding shall also serve this Certification on all other plaintiffs. If there are additional parties (e.g., additional plaintiffs, defendants, cross plaintiffs, or cross defendants), additional sheets should be filed.*

*The completed Certification must be filed with the court electronically or by mailing a paper copy to the Clerk of the Bankruptcy Court, 700 Stewart St., Room 6301, Seattle, WA 98101.*