United States Bankruptcy Court

Western District of Washington

Woodman,

  Plaintiff

Adv. Proc. No. 24-01048-CMA

US Department of Education,

  Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0981-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 29, 2025 | Form ID: pdfltd | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/PDF: dustin.woodman@gmail.com | Sep 29 2025 23:08:00 | Dustin James Woodman, 142 Towne Rd, Sequim, WA 98382-6841 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2025          Signature:          /s/Gustava Winters



**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

Dustin James Woodman,

           Debtor.

Dustin James Woodman,

           Plaintiff,

v.

US Department of Education,

           Defendant.

Case No. 24-11890

Adv. No. 24-01048

ORDER DISMISSING CASE

This matter came before the Court on September 25, 2025, on the Court's Order to Show Cause for Failure to Prosecute ("Order") [ECF No. 4]. At the hearing, the Court made findings of fact and conclusions of law incorporated by this reference. Now, therefore, it is hereby,

ORDERED that this case is DISMISSED without prejudice.

///END OF ORDER///

Order - 1